**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINADOR NICOLAS III, INDIVIDUALS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS SERVICING, et al.,<br><br>Defendants. | Case No. EDCV 13-00618-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on September 10, 2013 (Doc. No. 7), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 23, 2013

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge